# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A white 1997 Ford Explorer with VIN 1FMDU35P6VUA86133, as described in Attachment A | Case No. 3:24-mc-108 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A white 1997 Ford Explorer with VIN 1FMDU35P6VUA86133, as described in Attachment A hereto,

located in the _____ District of __Oregon__, there is now concealed *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

The application is based on these facts:
See affidavit which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

By Phone
*Applicant's signature*

Brett S. Hawkinson, FBI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone at 11:00 a.m. *(specify reliable electronic means)*.

Date: February 1, 2024

*Judge's signature*

City and state: Portland, Oregon

Jeffrey Armistead, United States Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:        AFFIDAVIT OF BRETT S. HAWKINSON

**Affidavit in Support of an Application
Under Rule 41 for a Search Warrant**

I, Brett S. Hawkinson, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a police officer with the Portland Police Bureau and have been since November 2001. As part of my duties, I am also designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) bank robbery task force and have been designated as such since March 31, 2010. My training and experience includes over 22 years as a Portland Police officer, and three years of employment with the City of Lynnwood, Washington, Police Department.

2. I submit this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant for the motor vehicle driven by EZEQUIEL RAMIREZ, as it relates to the crime of Bank Robbery in violation of 18 U.S.C. § 2113(a). As set forth below, I have probable cause to believe that RAMIREZ committed that crime, and evidence of that crime is inside of the vehicle, which is described as a white 1997 Ford Explorer with VIN 1FMDU35P6VUA86133.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation,

/ / /

/ / /

**Affidavit of Brett S. Hawkinson**                                                                                                            **Page 1**

communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4. 18 U.S.C. § 2113(a) prohibits a person from using force and violence or intimidation to knowingly and unlawfully take or attempt to take currency or any other thing of value from the person or presence of employees of a credit union whose deposits are insured by the National Credit Union Association.

## Statement of Probable Cause

5. On Monday, January 22, 2024, at approximately 3:19 p.m., a robbery occurred at the Oregonians Credit Union located at 336 NE 20th Avenue, in Portland, Multnomah County, Oregon. The money deposited at this credit union is insured by the NCUA.

6. The victim reported to Portland Police Officer Jennifer Johnson that a person unknown to her and hereafter referred to as "the robber" entered the credit union and approached the teller at counter number three. The robber told the victim teller that he wanted to withdraw money from "everyone's account." The victim teller told the robber that he needed to fill out a transaction slip prior to making a withdrawal; the robber responded saying: "This is a robbery. I need this money, I will die if I don't have this money. Quickly, quickly." The robber then placed his Oregon ID card on the counter. The victim teller provided the robber with approximately two thousand three hundred and two dollars ($2,302) in United States currency while experiencing immense fear and anxiety.

7. The victim teller pushed the Oregon ID card back towards the robber, but the robber pushed the identification card back to the victim teller. Officer Johnson examined the

///

**Affidavit of Brett S. Hawkinson**                                                                                                                  **Page 2**

identification card and saw it was in the name of EZEQUIEL RAMIREZ, a Hispanic male with date of birth August 28, 1968. Officer Johnson seized the identification card as evidence.

8. I received images from the video surveillance system from Oregonians Credit Union via Juergen Kannigiesser. I reviewed the video surveillance, and concluded that the robber appeared to be RAMIREZ.



*Above: Image of bank robber from January 22, 2024 robbery at Oregonians Credit Union.*

9. From the bank robbery images, I saw that RAMIREZ was wearing a black jacket with a horizontal reflective stripe across the front, a baseball cap with a silver brim under a black knit style watch cap, blue jeans, and black and white shoes.

10. I provided the images of the robber to Siri Overstreet, who also positively identified RAMIREZ as the robber. Ms. Overstreet has met RAMIREZ on multiple occasions in person in her capacity as his probation officer.

/ / /

/ / /

**Affidavit of Brett S. Hawkinson**  **Page 3**

11.     On Tuesday, January 30, 2024, I learned that RAMIREZ was arrested in Hood River, Oregon. The arrest occurred on January 22, 2024, at about 10:47 pm, approximately seven and a half hours after the robbery, while RAMIREZ was driving a white 1997 Ford Explorer with VIN 1FMDU35P6VUA86133. RAMIREZ was positively identified by Hood River Police, and booked into the Northern Correctional Facility in The Dalles, Oregon. During RAMIREZ'S arrest, he told the arresting officers he did not have his identification card. The Ford Explorer was impounded to Guzman Brothers Mobile Repair and Towing located at 1348 Tucker Road in Hood River, Oregon, where it is currently located. The home address for RAMIREZ that Hood River Police listed in their police report is that of a federal halfway house. I know RAMIREZ is not currently staying at that location, which is a strong indicator that RAMIREZ is currently transient.

### Knowledge and Experience

12.     From my training and experience, I know that items such as hats, jackets, coats, sweatshirts, shorts, shoes and other items of clothing are valuable as evidence because they can be compared to surveillance images and descriptions from witnesses and victims to determine if it is the same clothing as worn in the robbery, and also be processed for DNA if necessary.

13.     I know from my training and experience as a police officer that suspects who commit robberies often secrete and retain items of evidence in residences and vehicles which they may occupy to include, but not limited to: guns, ammunition, clothing worn in robberies, victims' personal items stolen during the robberies, mail showing dominion and control of vehicles, documents showing ownership, receipts or mail showing dominion and control of personal property and items in the vehicle, and proceeds from the robbery and items of identification leading to the identity of the suspects.

14.     In addition, based on my training and experience, I know that receipts can be very useful in cases where a person's whereabouts over a period of time is important.  Receipts document dates, times, and locations where people have been, and people often save receipts.  Receipts also can help to account for the whereabouts of stolen money.  Receipts can be stored in small places and bags as well, to include pockets of clothing, safes, dresser drawers, envelopes, plastic baggies, backpacks, Tupperware containers, coffee cans, film canisters and other small containers.  As an investigator, I can use information on a receipt to obtain video surveillance of the transaction which may help corroborate possession of a motor vehicle used in the commission of a crime, such as in this case, or the suspect wearing clothing worn during the commission of the crime.

15.     I know from my training and experience that, when suspects are transient or houseless, they often store clothing and other personal belongings in their motor vehicle.  Motor vehicles effectively became large mobile storage containers that, more often than not, contain useful evidence as described above.

## Conclusion

16.     Based on the foregoing, I have probable cause to believe that EZEQUIEL RAMIREZ committed bank robbery in violation of 18 U.S.C. § 2113(a).  Furthermore, I have probable cause to believe evidence of the crime of bank robbery is inside of the white 1997 Ford Explorer bearing VIN 1FMDU35P6VUA86133, which is currently located at Guzman Brothers Mobile Repair and Towing located at 1348 Tucker Road in Hood River, Oregon Hood River County, State of Oregon.

/ / /

/ / /

**Affidavit of Brett S. Hawkinson**                                                                                              **Page 5**

17. Therefore, I request the court issue a search warrant authorizing law enforcement to seize and search the white 1997 Ford Explorer bearing VIN 1FMDU35P6VUA86133, for the following items of evidence:

a) Approximately two thousand, three hundred and two dollars ($2302) in US currency

b) a black jacket with a horizontal reflective stripe across the front

c) a baseball cap with a silver brim

d) a black knit style watch cap

e) blue jeans

f) black and white shoes

g) documents, receipts, or mail in the name of RAMIREZ

18. Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested search warrant were all reviewed by Assistant United States Attorney (AUSA) Nicholas Meyers. I was informed that it is AUSA Meyers' opinion that the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested warrant.

*(By telephone)*
BRETT S. HAWKINSON
Task Force Officer, FBI

Subscribed and sworn with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:00 a.m. on February 1, 2024.

HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

**Affidavit of Brett S. Hawkinson**                                                        **Page 6**

## ATTACHMENT A

### Property to Be Searched

The property to be searched is a white 1997 Ford Explorer bearing VIN 1FMDU35P6VUA86133, which is currently located at Guzman Brothers Mobile Repair and Towing located at 1348 Tucker Road in Hood River, Oregon.

## ATTACHMENT B

## Items to Be Seized

The items to be searched for, seized, and examined, are those items located within the white 1997 Ford Explorer bearing VIN 1FMDU35P6VUA86133, which is currently located at Guzman Brothers Mobile Repair and Towing located at 1348 Tucker Road in Hood River, Oregon, referenced in Attachment A, that contain evidence, contraband, fruits, and instrumentalities of violations of 18 U.S.C. § 2113(a).

The items referenced above to be searched for, seized, and examined are as follows:

a) Approximately two thousand, three hundred and two dollars ($2302) in US currency

b) a black jacket with a horizontal reflective stripe across the front

c) a baseball cap with a silver brim

d) a black knit style watch cap

e) blue jeans

f) black and white shoes

g) documents, receipts, or mail in the name of RAMIREZ